# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149382

MITCHELL MAKIDON,

      Plaintiff-Appellant,

v

KINROSS CORRECTIONAL FACILITY WARDEN,

      Defendant-Appellee.

_____

SC: 149382
COA: 320091

      On order of the Chief Justice, plaintiff-appellant having failed to acknowledge obligation to pay the filing fee in full as required by the order of June 3, 2014, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2014



jam

                                  Clerk